# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

## AFFIDAVIT OF SERVICE



Index no : **14 CV 3464**

| Plaintiff(s): | Dan Abrams, David Ben-Asher, Adrian Bernick, Deborah Bernick, et al., |
|---|---|
| Defendant(s): | Life Medical Technologies, Inc., Carol Fitzgerald, Joe Santana, et al., |

STATE OF CONNECTICUT
COUNTY OF HARTFORD    ss.:

**Daniel Thompson**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF CONNECTICUT.

On **05/28/2014** at **5:30 PM**, I served the within **Summons and Complaint** on **Joe Santana** at **431 Three Mile Hill Road, Middlebury, CT 06762** in the manner indicated below:

AFFIXED TO DOOR: By taping a true copy of each to the door of said premises, which is defendant's place of residence within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion, having called thereat:

On **05/29/2014**, deponent enclosed a copy of above mentioned documents to **Joe Santana** at said defendant's Actual Place of Residence/Actual Place of Business, at 431 Three Mile Hill Road, Middlebury, CT ,06762 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

Comments: **Previous attempts of service were made on Saturday 5/17/14 @ 12:50pm, Thursday 5/22/14 @ 3:10pm and Tuesday @ 7:50am.**

Sworn to and subscribed before me on _May_ _30_, 20_14_
by an affiant who is personally known to me or produced identification.

_Patricia J. Fisher_
NOTARY PUBLIC
My Commission Expires: _____

**PATRICIA J. FISHER**
*NOTARY PUBLIC*
My Commission Expires June 30, 2015

X _Daniel Thompson_
Daniel Thompson

Atty File#: